FILED
MAY 05 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

Maria De La Luz VILLEGAS-Hernandez

Defendant.

Magistrate Case No.: '08 MJ 8372

COMPLAINT FOR VIOLATION OF

21 U.S.C. § 952 and 960
Importation of a Controlled Substance
(Felony)

The undersigned complainant being duly sworn states:

That on or about May 3, 2008, within the Southern District of California, defendant Maria De La Luz VILLEGAS-Hernandez did knowingly and intentionally import approximately 13.52 kilograms (29.74 pounds) of cocaine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Diana Lacuesta, Special Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5TH, DAY OF MAY 2008.

WILLIAM McCURINE
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Diana Lacuesta with Immigration and Customs Enforcement, declare under penalty of perjury, the following is true and correct:

On May 3, 2008, at approximately 1343 hours, Maria De La Luz VILLEGAS-Hernandez entered the United States from the Republic of Mexico at the Calexico West, Port of Entry. VILLEGAS was the driver of a 2003 Honda Accord bearing Baja California, Mexico license plate BEK8108.

At Primary Inspection, VILLEGAS gave a negative Customs Declaration to Customs and Border Protection (CBP) Officer Gerhart. Officer Gerhart observed VILLEGAS' left hand tremble as she handed him her Mexican Passport. Officer Gerhart referred VILLEGAS to the Vehicle Secondary (VS) lot.

In Secondary, CBP Officer Barela was conducting a sweep of the VS lot utilizing his Narcotic Detector Dog "Astrix" IN11. Astrix alerted to the aforementioned vehicle by taking a hard sniff and responded.

CBP Officer Carp took over the inspection of the vehicle. The inspection resulted in the discovery of a total of 21 packages, wrapped in black carbon paper and clear cellophane plastic concealed in the rear bumper, rear quarter panels, and behind the rear seat . A presumptive chemical test indicated the contents of these packages to be cocaine. The total weight of the packages was approximately 13.52 kilograms.

VILLEGAS was notified of her arrest and advised of her Miranda Rights, in the Spanish language, which she acknowledged and waived. During the interview, VILLEGAS admitted she was to be paid $1,000.00 U.S. dollars for driving the vehicle across the border. VILLEGAS stated she was not told what was inside the vehicle but thought the vehicle could contain drugs.

Executed on May 4, 2008, at 1212 hours.

Dana Lacuesta
SPECIAL AGENT

On the basis of the facts presented in the attached probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on May 3, 2008, in violation of Title 21, United States Code, Sections 952 and 960.

United States Magistrate Judge

5/4/08 2:45 pm.
Date/Time